**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Curtis Bernard MINOR, Defendant–**
**Appellant.**

**No. 01–7557.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 2, 2002.

Decided Jan. 28, 2002.

Curtis Bernard Minor, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Curtis Bernard Minor appeals from the district court's order finding his motion for return of property barred by the statute of limitations. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Minor,* Nos. CR–91–201; CA–96–394–6 (M.D.N.C. Aug. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*